UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-12101-RGS

CRAIG AUGUSTINE BOSTON

v.

STATE OF MASSACHUSETTS

ORDER OF DISMISSAL

February 4, 2022

STEARNS, D.J.

In a petition for a writ of habeas petition dated August 6, 2016, Craig Augustine Boston, who was confined at the Suffolk County House of Correction at the time, asked this court to stay his extradition to another state. According to Boston, the extradition was scheduled for August 12, 2016.

The clerk received the petition on August 10, 2016, but, through clerical error, a docket number was not assigned to the matter at that time.

On August 23, 2016, Boston filed a Notice of a Change of Address in another case in this court, notifying the clerk that his new address was in Doylestown, Pennsylvania. *See Boston v. Suffolk Cty. Sheriff Dep't*, C.A. No. 16-11018-WGY, Dkt #18 (D. Mass.).

Boston's departure from Massachusetts mooted his petition for a writ of habeas corpus. Accordingly, the petition is DENIED and this action is DISMISSED.

                        **SO ORDERED.**

                        /s/ Richard G. Stearns

                        _____
                        UNITED STATES DISTRICT JUDGE